AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Dennis Paul Hicks | ) |
| *Plaintiff* | ) |
| v. | ) |
| PHH Mortgage Corporation, Inc., et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:23-cv-356

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  the R&R is adopted in full, Defendants' motion to dismiss (Doc. 5) is granted, Hick's motion for default
judgment (Doc. 4) is denied, and Hick's claims are dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Douglas R. Cole _____ on a motion to
Dismiss.

Date: _____1/18/24_____

CLERK OF COURT

*Scott M. [signature]*

Signature of Clerk or Deputy Clerk